**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RYAN CONNERS,

    Plaintiff,                                                    Case No.: 1:26-cv-01210

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 2 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 3 | yingwenchibi |
| 4 | Wishing FAST |
| 5 | ChangShaShiXiGuiShangMaoYouXianGongSi |
| 6 | HuiChengChongShangMaoFuZhuangDian |
| 7 | QuJingXuLiaoShangMao |
| 8 | HengYangXianZhaoWanShangMaoYouXianGong |
| 9 | DingYuTing |
| 10 | GuangZhouYiWuShangMao |
| 11 | huairenshishanquyangzhinongchang |
| 12 | neimengguqingyijianzhuyouxiangongsi |
| 13 | AnZhenJianZhuGongCheng |
| 14 | 范书柜收纳 |
| 15 | 金华市淑徵服饰有限公司 |
| 16 | henanyongjingongchengguanli |
| 17 | 淮音商贸行 |
| 18 | owle dinner |
| 19 | JJF005 |
| 20 | RoseTHD |
| 21 | Anreat |
| 22 | Hov-Store |
| 23 | zhongyujianshangmao |

| | |
|---|---|
| 24 | ruichengxianruixinongyekejiyouxiangongsi |
| 25 | PRINTANHSTORE |
| 26 | LGYshop |
| 27 | BraveSound |
| 28 | yangyet |
| 29 | ptinttop |
| 30 | 贫铭商贸 |
| 31 | NEYDADU |
| 32 | ChenKaiMaoYi |
| 33 | 洪宇小店 |
| 34 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 35 | dongguanshijinhonggongyipin |
| 36 | yangzhixiongdnsainfiafsmnaiawmsaofdi |
| 37 | HAMINHTHUAN |
| 38 | jianghengshangmaoyouxiangongsi |
| 39 | 5diamondpainting |