**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RYAN CONNERS,

     Plaintiff,                           Case No.: 1:26-cv-01210

v.                                   Judge Martha M. Pacold

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Daniel P. McLaughlin
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**<u>AMENDED SCHEDULE A TO COMPLAINT</u>**

| No. | Defendant |
| --- | --- |
| 1 | jianghengshangmaoyouxiangongsi |

1